IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TAI LARKINS,

    Petitioner,

v.                                          CASE NO. 5:06-cv-00006-RS-AK

JOSE BARRON,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Tai Larkins. Petitioner has paid the filing fee. The court has reviewed the petition, and the Government will be required to file an answer or other appropriate response. Petitioner may respond to the Government's arguments within the time set by this order, but he is not required to do so.

Upon receipt of the Government's arguments and Petitioner's response, if any, the court will review the file to determine whether an evidentiary hearing is required. If an evidentiary hearing is not required, the court will dispose of the petition as justice requires.

Accordingly, it is **ORDERED**:

1. The clerk shall furnish a copy of Petitioner's § 2241 motion and this order to Respondent and the United States Attorney for this district, who shall file an answer or other appropriate pleading by **April 14, 2006.**

    2.  If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

    3.  Petitioner shall have until **May 15, 2006**, to file a response, if desired.

**DONE AND ORDERED** this  *13th*  day of February, 2006.

                  *s/ A. KORNBLUM*
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**