IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TAI LARKINS,

    Petitioner,

vs.                          CASE NO. 5:06cv06/RS

JOSE BARRON,

    Respondent.
_____/

### ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **denied**.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

ORDERED on May 17, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**